Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17–13976–SLM
> Chapter: 7
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Felix Daramola Ojo
  aka Felix D Ojo, aka Felix Ojo
  2861 Willard Pl
  Union, NJ 07083

Social Security No.:
  xxx–xx–6645

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 8, 2017</u>          <u>Stacey L. Meisel</u>
                                    Judge, United States Bankruptcy Court